**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 04-2100**

---

SIKOD BASUNG,

Petitioner,

versus

ALBERTO R. GONZALES, Attorney General,

Respondent.

---

On Petition for Review of an Order of the Board of Immigration Appeals. (A79-235-632)

---

Submitted:  March 23, 2005          Decided:  April 4, 2005

---

Before WILKINSON, WILLIAMS, and MOTZ, Circuit Judges.

---

Petition denied by unpublished per curiam opinion.

---

Bokwe G. Mofor, Silver Spring, Maryland, for Petitioner. Paul J. McNulty, United States Attorney, Robert K. Coulter, Assistant United States Attorney, Alexandria, Virginia, for Respondent.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Sikod Basung, a native and citizen of Cameroon, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen and to reconsider its previous order affirming, without opinion, the immigration judge's denial of asylum, withholding of removal, and protection under the Convention Against Torture. We have reviewed the record and the Board's order and find that the Board did not abuse its discretion in denying Basung's motion. See 8 C.F.R. § 1003.2(a) (2004). Accordingly, we deny the petition for review on the reasoning of the Board. See In re: Basung, No. A79-235-632 (B.I.A. Aug. 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED